ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VADEENA FOUST,<br><br>       Plaintiff,<br><br>   vs.<br><br>U.S. LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>       Defendant. | Case No.: 1:08-CV-01541-AWI-DLB<br><br>**ORDER ON THE JOINT STIPULATION TO EXTEND DEFENDANT US LIFE'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: October 13, 2008<br>Trial Date:   Not Assigned<br><br>Honorable Anthony W. Ishii |

### ORDER

In light of the Joint Stipulation of the Parties to extend, by 30 days, the time for Defendant THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK ("US LIFE") to answer Plaintiff VADEENA FOUST'S ("FOUST") Complaint, and good cause appearing therefore, the Court hereby orders the deadline for Defendant US LIFE to file a responsive pleading to Plaintiff FOUST'S Complaint is extended for thirty (30) days, up to and including Friday, December 5, 2008.

**IT IS SO ORDERD**.

Dated: 3 November 2008      /s/ *Dennis L. Beck*
                                            **HONORABLE DENNIS L. BECK**
                                            UNITED STATES MAGISTRATE JUDGE

[Proposed] Order on the Joint Stipulation to Extend US Life's Time to File a Responsive Pleading
Case No.: 1:08-CV-01541-AWI-DLB
395787.1

1