**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VADEENA FOUST, ) | NO. 1: 08-CV-01541-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING DEFENDANT |
| ) | U.S. LIFE ADDITIONAL TIME TO |
| v. ) | FILE A RESPONSIVE PLEADING TO |
| ) | PLAINTIFF'S COMPLAINT |
| U.S. LIFE INSURANCE COMPANY ) | |
| IN THE CITY OF NEW YORK, ) | [Document #6] |
| ) | |
| Defendant. ) | |
| _____ ) | |

In light of the joint stipulation of the parties to extend, by thirty (30) days, the time for Defendant THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK ("US LIFE") to answer Plaintiff VADEENA FOUST'S ("FOUST") complaint, and good cause appearing therefore, the court hereby orders the deadline for Defendant US LIFE to file a responsive pleading to Plaintiff's complaint is extended for thirty (30) days, up to and including Friday, December 5, 2008.

IT IS SO ORDERED.

**Dated:    November 4, 2008**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE