UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| VADEENA FOUST,<br><br>  Plaintiff,<br><br>VS.<br><br>U.S. LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>  Defendants. | CASE NO: CV 08-1541 AWI-DLB<br><br>**ORDER** TO CONTINUING SCHEDULING CONFERENCE |

The Court having reviewed the stipulation between Plaintiff, VaDeena Foust, and Defendant, U.S. Life Insurance Company in The City of New York, for a continuance of the Scheduling Conference currently set for January 20, 2009, and finding good cause therefore:

IT IS HEREBY ORDERED that the Scheduling Conference in this matter will be continued from January 20, 2009 at 10:00 a.m. to February 17, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   December 11, 2008**           /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1