1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA - FRESNO

10

11   VADEENA FOUST,                    )    CASE NO: CV 08-1541 AWI-DLB
                                       )
12            Plaintiff,               )
                                       )
13                                     )    ORDER CONTINUING PRE-TRIAL
        VS.                            )    DATES
14                                     )
                                       )
15   U.S. LIFE INSURANCE COMPANY       )
     IN THE CITY OF NEW YORK,          )
16                                     )
                                       )
         Defendants.                   )
17   _____)

18          The Court having reviewed the stipulation between Plaintiff, VaDeena Foust,

19   and Defendant, U.S. Life Insurance Company in The City of New York, for a ninety

20   (90) day continuance of all pre-trial dates, and finding good cause therefore:

21          IT IS HEREBY ORDERED that all pre-trial dates in this matter will be

22   continued as follows:

23   Discovery Cut-Off from November 16, 2009 be continued to February 15, 2010.

24   Non-Dispositive Motions to be filed from October 20, 2009 to January 19, 2010.

25   Non Dispositive Motions to be heard by November 13, 2009 to February 11, 2010.

26   Dispositive Motions to be filed from October 23, 2009 to January 21, 2010.

27   Dispositive Motion to be heard by from November 23, 2009 to February 22, 2010.

28

1

1  Pre-Trial Conference from January 22, 2010 to April 22, 2010 at 8:30 am before

2  Judge Ishii.

3  Trial from March 11, 2010 to June 8, 2010 at 9:00 am before Judge Ishii.

4

5  IT IS SO ORDERED.

6      **Dated:    August 31, 2009**              **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28